NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER E. HARDING, III,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3091

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100064-I-1.

---

## ON MOTION

---

Before LOURIE, *Circuit Judge.*

### ORDER

Sylvester E. Harding, III moves for reconsideration of this court's September 1, 2011 order denying his motion for a stay and default judgment.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

**OCT** 2 5 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sylvester E. Harding, III
    Renee Gerber, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 5 2011

JAN HORBALY
CLERK